UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT 18 2004
CLERK'S OFFICE
DETROIT

RALPH NADER, et al.,

    Plaintiffs,

vs.

TERRI LYNN LAND, et al.,

    Defendants.
_____/

Civil Action No.
04-CV-72830-DT

HON. BERNARD A. FRIEDMAN

### ORDER OF DISMISSAL

On August 18, 2004, the court issued a notice requiring counsel to appear for a scheduling conference on September 30, 2004, at 9:15 a.m. Although counsel have previously entered their appearance and presented oral argument at a motion hearing, they did not attend the scheduling conference or seek an adjournment. The court assumes plaintiffs are no longer interested in pursuing the matter, particularly in light of the recent decision of the Michigan Court of Appeal concerning the efforts of plaintiffs Nader and Camejo to be placed on the Michigan ballot in the upcoming presidential election. Accordingly,

IT IS ORDERED that he complaint is dismissed pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution and failure to attend the scheduling conference.

Dated: OCT 18 2004
Detroit, Michigan

BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Copy Mailed This Date To:    Michael J. Hodge    Patrick J. O'Brien
Ralph J. Sirlin